# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DEMETRIUS MONROE BOYD,

      Plaintiff,

v.                            Case No. 15-cv-832

LT. SHANNAN-SHARPE, et al.,

      Defendants.

## ORDER

Plaintiff, a Wisconsin state prisoner, filed a pro se complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. On August 8, 2015, I gave plaintiff the option to file an amended complaint by September 14, 2015, to cure the deficiencies I identified in his original complaint.

On August 11, 2015, plaintiff filed a motion for the appointment of counsel for the limited purpose of assisting plaintiff to file the amended complaint. As I recently explained to plaintiff, I have discretion to recruit counsel to represent a litigant who is unable to afford one in a civil case. Navejar v. Iyiola, 718 F.3d 692, 696 (7th Cir. 2013); 28 U.S.C. § 1915(e)(1); Ray v. Wexford Health Sources, Inc., 706 F.3d 864, 866-67 (7th Cir. 2013). As a threshold matter, litigants must make a reasonable attempt to secure private counsel on their own. Pruitt v. Mote, 503 F.3d 647, 653 (7th Cir. 2007). Plaintiff still has not satisfied the first step in the process outlined in my August 8, 2015 order. Until he does, I will not consider granting a motion asking me to appoint counsel–regardless of the scope of that appointment.

In any event, I believe that plaintiff is more than capable of filing an amended complaint without the assistance of counsel. Plaintiff states that he is in segregation and has "little to no writing material"; however the Clerk of Court provided plaintiff with a blank complaint form, so the lack of paper should not be a hindrance to him. Plaintiff need only make a short, plain statement describing how he believes his constitutional rights were violated. Plaintiff can do that on his own. Plaintiff should refer to my August 8 order for additional guidance on the pleading standard.

**IT IS THEREFORE ORDERED** that plaintiff's motion for the appointment of counsel (Docket #9) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of August, 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge